■ RACHLES v LUGO. [612 NYS2d 846] —Motion for clarification granted to the extent of remanding the matter to the trial court for a hearing in connection with this Court's decision and order entered on December 21, 1993 (199 AD2d 151). Concur—Murphy, P. J., Sullivan, Rosenberger, Ross and Rubin, JJ.

■ In the Matter of MELVIN M. KAZDIN, a Suspended Attorney. [—— NYS2d ——] —Respondent's motion is granted and respondent is reinstated as an attorney and counselor-at-law in the State of New York effective immediately. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Kupferman and Ross, JJ.